IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00811-KLM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

GEORGE H. JOHNSON,
JAMIE JOHNSON, and
JENNIFER JOHNSON,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant George Johnson's **Unopposed Motion to Vacate June 23, 2014 Scheduling Conference and for Extension or Suspension of Scheduling Deadlines** [#20][1] (the "Motion").  In the Motion, Defendant George Johnson asks the Court to vacate and reset the Scheduling Conference to a date after Defendants Jamie Johnson and Jennifer Johnson file their responses to the Complaint.

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 23, 2014 at 11:00 a.m. is **VACATED** and **RESET** to **September 16, 2014 at 11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **September 9, 2014**.

    Dated:  June 17, 2014

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.